IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA R. JONES, Executrix of the Estate of JOHN T. JONES, III, deceased, and ALLISON JONES,<br><br>　　　　　　　　　　Plaintiffs<br><br>vs<br><br>SOUTHEAST DIRECTIONAL DRILLING, LLC and JAMES R. HOFFPAUIR,<br><br>　　　　　　　　　　Defendants | NO.: 3:11-CV-2309<br><br>JURY TRIAL DEMANDED<br><br>JUDGE |

**DEFENDANT SOUTHEAST DIRECTIONAL DRILLING, LLC'S
RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Southeast Directional Drilling, LLC's parent corporation is Southeast Direction Drilling, Inc.  No public corporation owns any of Southeast Directional Drilling, LLC's stock.

**FABYANSKE, WESTRA, HART & THOMSON, P.A.**

Dated:  March 15, 2012

　s/Kyle E. Hart
Kyle E. Hart (MN Atty ID #159025)
Julie A. Doherty (MN Atty ID #237875)
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
(612) 359-7600

**ATTORNEYS FOR DEFENDANT SOUTHEAST DIRECTIONAL DRILLING**